RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 1 9 2024

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

David L. Jernigan
_____
Plaintiff

Civil No. 5:24-cv-1129

VS.

Caddo Parish School Bd
_____
Defendant

Judge

Magistrate Judge

Leisa G. Woodfolk - Actuy Superintendent
Emily Stanford - HR Chief
Alyssa Elledge - Hrm COMPLAINT

**UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964**

- Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

  please see attached 14 page document
  Background info: medical disability discrimination,
  gender discrimination, race discrimination

- Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? (Yes) No

- Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges? (Yes) No

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: 7/24

- Have you received from the EEOC a copy of its determination with regard to your charges? (Yes) No    Same letter

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

- Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

  please see attached 14 page document
  Background info: medical disability discrimination,
  gender discrimination, race discrimination

2

Jernigan
Pg 1 of 14

BACKGROUND INFO:  MEDICAL DISABILITY DISCRIMINATION, GENDER DISCRIMINATION, RACE DISCRIMINATION

I was hired by one of the best Principals but he was quickly promoted.  After which a new Principal was hired and I had to file Sex Harassment Discrimination at initial employment approx. 10 plus yrs ago at Booker T. Washington.  EEOC granted me the right to sue.  I did not sue. I just wanted the situation behind me. I have a family to be responsible for.  So, I finally got another position with Principal Brown and then Principal Cole.  I had great years for the most part until the past few years at Summerfield.  Previously never any write up in decades of Teaching.  Won Teacher of the Year in Louisiana.  Won Bronze Medal in Louisiana for creating the Healthiest School In the State of Louisiana while also teaching at an Alternative School and was celebrated with the Superintendent of Caddo and a highly honored dinner. When the Alternative School CLOSED, we all had to find other jobs.  My assignment was to Summerfield Elementary, where all of this has happened and I have basically lost myself and my health due to DISCRIMINATION AND TRYING TO KEEP A JOB TO SUPPORT MY FAMILY AS WELL AS NOT DO ANYTHING ILLEGAL TO STOP ALL THE WRONGOING BEING DONE TO ME. IT IS TRAUMATIZING TO ME AS IF I CANNOT STOP IT OR GET AWAY FROM IT OR EXPLAIN IT OR PROVE IT……..  I DO HAVE EMAILS TO PROVE …A LOT OF IT…….HOWEVER, EMAILS DON'T HELP THE "IN MY FACE" OR THE PROVOKING OR THE ONGOING DAILY ATTACKS OR THE STUFF THAT WAS DONE TO TRY TO FORCE ME TO BECOME VIOLENT………`

I remember after I turned in concerns regarding sex harassment and after I got another position where I was doing well.  One day I was called to the Administration building, Principal Brown told me she had no clue why but I was to report there right away.  I arrived and was taken to a room filled with people.  I soon learned that it was NOT GOOD.  They began to question me. THEY WERE ANGRY.  IT WAS EXTREMELY THREATENING.  I BECAME VERY NERVOUS. I TRIED TO ANSWER THEIR QUESTIONS.  I SOON LEARNED, THE QUESTIONS WERE NOT THE ISSUE —-THEY WERE SET ON "TAKING ME OUT" in every way possible.  They were accusing me of working 2 jobs at the same time.  Telling me that what I was doing was illegal and that they have been investigating me and that I am use to lying and use to doing what I want to do and just degrading me in every way possible without me having a clue there was anything wrong.  Suddenly, they got the answer "they did NOT want" in that my former job verified that I had NOT worked there while I worked at Caddo.  I did absolutely nothing to deserve their treatment……..NOTHING…….Emily Stanford was a part of that as well.  Her comment was as if she had somehow "helped me" when I had done nothing from the start.

It was "over" just like that but……I later learned that it was retaliation for the report I had filed with EEOC in the SEX HARASSMENT. Their Attorney was there loud and threatening and the entire situation was abusive and I WAS ALONE; UNSUSPECTING; BLIND JUST WITH NO IDEA OF HOW THEY HANDLE people who are mistreated or discriminated against.  THEY DO NOT CARE.

1)    So, this time due to the ONGOING ISSUES OF DISCRIMINATION CONCERNS I was seeing at Summerfield I turned in my concerns to the Union (100 PLUS PG REPORT).FOR HELP because I just did not want to risk losing my job I need to support my family nor could I risk going through more mistreatment because my health was changing dealing with Summerfield and their discrimination practices and no one to go to for help and no way out.

2) The Union did NOT investigate.   The Union told me they needed one more page that they evidently knew I could not get.

3) The Union informed Principal Skinner of my filing.

4) Principal Skinner and Administrator Stanford had already told me that they were placing Principal Skinner's reports in my Certification file.  To me this meant that anytime I tried to get another job then they would see the lies and the lies were continuing to take me down.

5) However, when I turned in the report to the Union, Principal Skinner resigned IMMEDIATELY.

6)   Principal Skinner came to me like she does when she bullies and comes to my door…. and told me, the NEW PRINCIPAL IS JUST LIKE HER.

7) When Principal Skinner left everyone was given a t-shirt that still haunts me, it stated, "I SURVIVED _____ YRS OF SKINNER"….

8) That T-SHIRT spoke volumes to me because I had not survived. It was all affecting me MY HEALTH  and my life  terribly bad.

9) Everyone at the School knew all that was happening to me by Principal Skinner's hands.

10) My doctor continued to tell me that it is a hostile environment and it is affecting my health in very bad ways and to get a different job.  The more I tried to get another job the worse it got.  Principal Skinner even came to me one day and told me, "I heard you are applying for other jobs and you don't do that at my School…..you are deceitful."

11) It was a running joke; when I reported to work the day they all wore the shirts, the whispers were heard everywhere with laughs, "I told you he was not going to wear that shirt."

12) When it was time for everyone to report to the party/meeting….she gave an excuse for how she treated others…….

13) When it was time for the picture….there was no way I could take a picture with her.

14) I had reported how she played games with the students and threw them candy or gifts and how they would have to crawl to get whatever she gave as if they were animals

15) I had reported how it was common place for her and her staff to say freely, "it's a circus here today"

16) I had reported how it was common place for her and her staff to refer to the students as "acting like monkeys"

17) I had reported how she setup the students and the parents if she did not want them at 'HER SCHOOL" by having the Teachers to sign forms to put them out of "HER SCHOOL.."

18) It took me time to learn what she was doing.  Initially, I just signed what she asked me to sign until I saw the pattern,

19) I saw the pattern of once she did this then she would require others to protect her by finding ways for the parents NOT to be able to enter the School or to have to deal with the Police if they came with questions about their student and they were made to be as if they were doing something wrong when they had every right to understand and to know the real truth.

20) The damage done to the students, somehow I will forever feel that it results in the violence Shreveport is seeing today because the student's treated like this had no way to explain or protect themselves; even their parent's did not have a real clue of the discriminatory practices at the School.

21) Frequently, Principal Skinner had me in the Office "for something" with no truth at all in it. When I refused to sign the lies; she always had her witness who was usually Counselor Tucker. In fact, when I turned in the discrimination to the Union, Principal Skinner and Administrator Stanford refused to give me a copy of the "one document" the Union required in order to do their investigation. Principal Skinner worked with Administrator Stanford to pad my file and try to take me out not only from Caddo but from my Profession that I love period.

23) Principal Skinner majored in dividing and isolating me from my Colleagues as if I was an ongoing problem as often as I was in the Office and I never had anything to say because it did not matter and it was meant to make me lose it somehow; so she could be the victim like Principal Elledge's dream that she told the whole School tells how they see the black man.

24) Principal Skinner had already been in my face; face-to-face confrontationally trying to provoke me to become violent in the public area of the Cafeteria where she did this was not only provoking but it was humiliating and isolating and threatening *for all to see—-not long after that the Police Officer who saw it all left the School.  He had not been treated well either..*

25) Principal Skinner's objective was to take me down and she used her position to try to reach her goal once she knew that I did not agree with her racist practices.

26) It was hard to know what to do because each black person knew that someone in Principal Skinner's family was associated in rank with the Police Department and known as a Slum Lord and known to have the black men to handle things for him and he misused them using his power just like Principal Skinner.

27) It was also known how Principal Skinner's relative was somehow involved with wrongdoings including drugs just like the Teacher Landry she protected who got arrested for selling drugs to the students.

28) Teacher Landry got arrested, posted all over the news and newspapers and al she had to do is "notify her Principal that she went to jail."

29) In comparison to me after a month in critical condition because of all of their racism and discriminatory practices all supported by ADMINISTRATION EMILY STANFORD (THEIR BULLY).......they refused to accept my doctor's statement and accommodations for me to RETURN TO WORK.......

30) Emily Stanford made anything concerning me a total hell......she would tell them...."send Mr. Jernigan to me" as if she is the TERMINATOR....in fact her threats, hostility and threatening environment made me to know THERE WAS NO ONE TO GO TO AND ADMINISTRATION TOTALLY SUPPORTS THE WRONGDOING AND DISCRIMINATORY PRACTICES.

31) Principal Elledge entered, I hoped for a fair chance. She was with Principal Skinner everyday; learning the "ropes" which included whatever negative Principal Skinner transferred.

32) The fair chance with Principal Elledge did NOT happen.

33) 1st FIELD DAY with Principal Elledge, I began to see her discriminatory practices.

34) Met with Principal Elledge as I have done with all Principals over almost a 3 decade career, lined out objectives for Field Day. Principal Elledge decided she would meet with public officials and the community and not me. Time passed. Went to get an update with Principal Elledge. She said I missed meetings with her----UNTRUTH.

35) More time passed. Finally, Teachers started dropping off information to me regarding Field Day as if I was incompetent. Next another Teacher Landry came in and TOLD ME that Summerfield is having its Traditional Field Day. She handed me a packet and TOLD ME to go from it.

36) Still not quite clear on the practices really happening, I contacted Principal Elledge.

37) Principal Elledge stated that Teacher Landry has a "*wealth of knowledge" and that I was to follow her instructions regarding Field Day*. **THIS IS THE SAME TEACHER WHO ALONG WITH HER HUSBAND WAS POSTED ALL OVER THE NEWS FOR SELLING DRUGS TO STUDENTS AND HAVING GUNS AND HIDDEN MONEY IN HER CAR, HOME AND SURROUNDINGS ALONG WITH HER OWN CHILDREN FOR WHICH HER HUSBAND WAS CONVICTED AND SHE WAS ALLOWED TO CONTINUE TEACHING THE TITLE IX BUSSED IN STUDENTS-----WITH JUST A STATEMENT TO PRINCIPAL SKINNER THAT SHE HAD BEEN ARRESTED. IT'S ALSO SAID THAT PRINCIPAL SKINNER'S RELATIVE WAS/IS ALSO SOME KIND OF LAW ENFORCEMENT OFFICER KNOWN IN THE BLACK**

**COMMUNITY AS A SLUMLORD WHO ALSO WAS SHOT BY A YOUNG BLACK MAN SO THAT HE COULD REGAIN HIS DIGNITY AND RETIREMENT SOME KIND OF WAY.**

38) They decided that I would PRACTICE FIELD DAY in the burning hot sun ALL DAY LONG SEVERAL DAYS with over 95% Titled IX bussed in students and with no covering, no shade, no trees and no water.

39) When I emailed Principal Elledge regarding my concerns, my concerns went UNANSWERED; including that the student's needed water.

40) I became sick and another Teacher saw me for an Administrator in the extreme heat.

41) I still had HOPE that next School Session would be fair since none of my job search had returned with another position, I returned to Summerfield.

42) ON TEACHER TRAINING DAY IN AUGUST 2022, WITH HUNDREDS OF STAFF PRESENT, PRINCIPAL ELLEDGE DECIDED TO TELL A STORY: *her story-----she and her husband were riding one day and came to a stop; she saw 2 African American men approaching them to ROB THEM....SHE TOLD HER HUSBAND TO GO!!!!!! GO!!!!!! GO!!!!!!! -------her story began another School Year for me with me knowing IT'S NOT OVER-----THE RETALIATION PRINCIPAL SKINNER PROMISED WAS STARTING AGAIN---------NOT ONLY WAS I STARRED DOWN--------* I was humiliated, embarrassed, belittled, degraded, ostracized, isolated, angry-------etc......I knew it was NEVER GONNA BE OVER -----AFTER ALL OF THE SUFFERING-----NOTHING WAS CHANGING.

43) I tried hard to gather myself to finish the day. However, I just became sicker and sicker and sicker.

44) By the time I got home, I kept getting worse. My wife took me to the ER. I ENDED UP IN CRITICAL CONDITION in ICU FOR A MONTH.

45) When I was released from the HOSPITAL, I HAD TO WEAR A LIFE VEST TO HELP TO SAVE MY LIFE. I HAD MEDICAL ACCOMMODATIONS TO HELP TO SAVE MY LIFE.

46) The Doctor's sent a letter to THE SCHOOL to explain that my return to work was on a TRIAL BASIS AND REQUIRED ACCOMMODATIONS FOR THE MEDICAL DISABILITY.

47) I turned in the letter to Principal Elledge and Certified Personnel Emily Stanford (who is black but responds as if she hates persons with skin of color; she discriminates based on color; especially me)

48) Principal Elledge and Ms. Stanford's harassment began IMMEDIATELY. Starting with they DID NOT RECEIVE THE LETTER.

49) Principal Elledge or her representative was at my door daily. I knew the letter was there but I re-sent it.

*Jernigan
Pg b of 14*

50) Finally, I was told Principal Elledge nor Ms. Stanford are NOT ACCEPTING THE LETTER WITH 2 DOCTORS SIGNATURE ON IT.

51) THEY ARE NOT ACCEPTING THE LETTER WITH DIFFERENT FONTS ON IT.

52) THEY ARE NOT ACCEPTING THE LETTER THAT DOES NOT INDICATE THE WORK SCHEDULE THE doctor is REQUESTING.------even though it was on the letter clearly

53) It went on so many days......Administrator Stanford became threatening that SHE IS NOT ACCEPTING ANY LETTER UNTIL SHE "SEES ME." I already knew that bullying strategy from when I filed EEOC for sexual harassment AND THEY CALLED ME IN TO ADMINISTRATION AFTER EEOC ISSUED ME THE RIGHT TO SUE....THEY CALLED ME IN WITH A FULL OFFICE OF ADMINISTRATORS INCLUDING THEIR ATTORNEY AND ACCUSED ME OF WORKING 2 JOBS AND STATED THEY HAVE BEEN INVESTIGATING ME.......THE HARASSMENT WAS AWFUL......SO, I KNEW NOT TO GO TO STANFORD'S OFFICE WITHOUT RETURNING TO THE DR TO TRY TO GET ANOTHER LETTER.

54) THE DR. WROTE ANOTHER LETTER. In this letter he included the VERY PRIVATE SPECIFIC DETAILS OF MY HEALTH AND HOW THEIR CONTINUED HOSTILE TREATMENT COULD BE **LETHAL TO MY LIFE. He reinforced the need for the ACCOMMODATIONS. He explained that I had several doctors and he basically certified the initial letter as truth. He reiterated the need for a TRIAL SCHEDULE and he let them know that he would indicate when a change or increase in scheduling would be considered based on my health's progression.**

55) Principal Elledge never stopped harassing me and doing everything possible to make me feel threatened for my job; unable to do my job; she approached me with hostility over emails and fonts used in emails. She approached me with hostility over needing coverage for my shift and the need for me to stay past the time Medically required; which I medically could not do.

56) Principal Elledge approached me that I was NOT LEAVING SUB NOTES FOR THE SUBSTITUTE TEACHER ----ANOTHER UNTRUTH

57) Principal Elledge had an Administrator (during my Evaluation) to tell me that she needed a date that I would return because her friend's son needed a job. She just used continual methods to dismiss my medical condition and ignore the doctor's orders and to make my condition worse.

58) When she emailed me about the situation of "an update" as she called it on email; she used the untruth of maintaining coverage for the students......but the truth was she had a friend's son that she wanted to have my job. The truth was, the doctor had already explained that when my Medical Condition progressed, that another Trial Schedule would be introduced.

59) Principal Elledge even asked me "IS THIS GOING TO LAST ALL YEAR????" She adamantly never stopped pounding and harassing me and making me a spectacle as if I just didn't want to work. When I have repeatedly seen and heard her and Skinner tell the women

who looked like them who were sick or having babies to "TAKE ALL THE TIME THEY NEED" and how they celebrated them but made me appear like a GOOD FOR NOTHING BLACK MAN WHO SET OUT TO ROB VULNERABLE SUCCESSFUL WHITE PPL LIKE HER AND HER HUSBAND. Principal Skinner even called me DECEITFUL when she got word that I was looking for another job and she told me that I don't do that at her School; as if she owned me.

60) During all of these situations, I had repeatedly told Principal Elledge that MY EMAIL DOES NOT WORK AND AT SOME POINT MY COMPUTER WAS TURNED IN FOR REPAIR AND IT WAS NEVER RETURNED.

61) Both:  NO WORKING EMAIL AND NO COMPUTER LEFT ME WITH NO WAY TO WORK. It was similar to Principal Skinner locking me out of my office/classroom and how I would have to search for someone to let me in no matter how many times I requested a key. I arrived early to use that time to get my work in order but they made it hard for me even then just like Principal Elledge did with no computer and no email.

62) I had to find a place daily to use a computer.

63) I used my personal email to communicate with anyone at Caddo. SO, THEY KNEW, I had no access to Caddo's email.

64) My personal email did not allow me to stay in the loop FOR campus emergencies, camaraderie with Colleagues and left me isolated, ostracized and as if I was incapable of doing my job like Principal Elledge was further making it appear from what Principal Skinner began.

65) I asked for help regarding getting my email working from several people including Principal Elledge; Tech Support as well as others. I tried to get others to help me with Tech Support instructions and no one could get it to work. IT WAS OBVIOUS IT WAS  MORE THAN A PASSWORD CHANGE. I WAS LOCKED OUT OF CADDO'S SYSTEM; no different from when Principal Skinner knew I was locked out of my classroom and I had to repeatedly ask for a key or just wait outside everyday when I got to work. No matter what I did or who I contacted, I was promised HELP BUT NO ONE HELPED. In the EEOC answer you can see Caddo's Attorney stated that I harassed them and all I did was ASK FOR HELP.

66) I had had enough by the time my WIFE'S INSURANCE ENDED UP CANCELED. I knew had I been contacted through campus "snail" mail or email or front office that MY WIFE'S INSURANCE WOULD HAVE NEVER BEEN CANCELED. So, I sent Principal Elledge another letter expressing my frustration......STILL NOTHING CHANGED EXCEPT WE LOST INSURANCE FOR MY WIFE WHICH STILL HAS NOT BEEN RESTORED.

67) While struggling for my health's restoration WITH A LIFE VEST, I was forced to FIND A WORKING COMPUTER ALMOST DAILY; which usually was in the Library when Students were not using it which required me to walk a distance that was NOT EASY ON MY HEALTH; and that required me to sit in the Student's chair and the Student's would see me and I would be forced to hurry in order to get back to my class or in order to not be belittled or in order to be able physically just to do it all….. it was definitely on purpose….while all the other Teachers had

Jernigan
Pg 8 of 14

the necessity of their Office/Classroom computer and email at their fingertip all throughout every single day with the ability to use the smartboard to assist with their instruction.

68) Not having the computer or email daily placed me and the Student's at great risk.  There were at least a couple of campus emergencies/lockdowns' that I had to find out "by watching the hall" to see what was going on……..this was unsafe for me as well as the student's.

69) Not having the computer or email daily also left me with no ability to have access for help regarding my own health challenges that required accommodations as stated by my doctor. There was one EMERGENCY SEVERE WEATHER RELEASE DAY that I did not know about until a Maintenance person came to my Office and told me.  That day after my classes were over, I tried to reach the Front Office through the intercom.  No one answered.  I had gotten sick. I NEEDED TO GET TO MY DR.  I had already told Principal Elledge that I had to have a driver daily in order to make it to work safely FROM TEXAS during the TRIAL SCHEDULE……NO ONE ANSWERED MY CALLS TO THE OFFICE.  I could only make it to my vehicle.  Everyone was leaving.  When I got to my DR., not long after…..an EMAIL FROM PRINCIPAL ELLEDGE CAME IN THAT SHE HEARD THAT I LEFT CAMPUS WITHOUT PERMISSION…… CADDO'S ATTORNEY MADE IT APPEAR MORE THAN ONCE; WHICH WAS ANOTHER LIE. it was medically urgent that I needed to get to my doctor.

70) Principal Elledge refused to accept my MEDICAL EMERGENCY even after it was confirmed by my doctor.

71) Principal Elledge stated that she had given PERMISSION TO A SELECT GROUP OF PEOPLE AND INSTRUCTIONS WERE GIVEN (THRU EMAIL THAT SHE KNEW I DID NOT HAVE) OF HOW THEY WERE TO LEAVE.  THOSE INSTRUCTIONS (SHE STATED) WERE ONLY TO THE TEACHERS WHO LIVED FAR AWAY (WHICH SHE ALREADY KNEW I LIVE IN TEXAS).  However, that EMAIL APPLIED ONLY TO THE WHITE TEACHERS AND NOT TO ME.

72) My doctor sent Principal Elledge a CERTIFIED TRUE LETTER immediately explaining that the severity of my health was an EMERGENCY and that I REPORTED DIRECTLY TO HIS OFFICE  and that I had to be out until the letter stated I could return.

73) When I returned to work on 12/19/22, **approximately 7 days later,** I heard Principal Elledge over the radio…..”IS HE HERE  YET”……..someone answered, “yes”……..I heard Principal Elledge “TELL HIM TO REPORT TO THE OFFICE”……..I WAS THEN CONTACTED TO REPORT TO THE OFFICE.

74) With Principal Elledge knowing the very serious position of my health.  With Principal Elledge having multiple doctor's statements regarding my health as well as  the medical accommodations my health required.  **With Principal Elledge knowing that her hostile discriminating harassment could cost me my life.**  When I got to the Office, Principal Elledge was there along with Instructional Coordinator Ms. McGuire.  I asked Principal Elledge to leave the door open because I could see this was not positive and her Office is small.  **I felt extremely**

**threatened as if my life was in danger.** Principal Elledge continued with her hostile provoking discriminatory practices when snatched the door knob from my hand (another form of provoking me like she has done more than once)………

75) I sat down and Principal Elledge started in on me………..HER BEHAVIOR AND HER ACTIONS SHOWED THAT SHE DID NOT CARE ABOUT MY MEDICAL DISABILITY/ACCOMMODATIONS. TO ME, **PRINCIPAL ELLEDGE WAS AFTER MY LIFE. SHE KNEW WHAT SHE WAS DOING AND EVERY ONE OF HER STEPS WERE PREMEDITATED AS IF TO TAKE MY LIFE. NO DIFFERENT THAN SOMEONE WHO SET OUT TO MURDER ANOTHER PERSON.** SHE WAS COLD AND CALCULATED. JUST LIKE THE RACIST POLICE WHO USE THEIR AUTHORITY AND SECRETLY (BUT WIDE OPEN) SEEK TO HURT OTHERS. SHE DID NOT SHOW ONE CONCERN FOR THE SEVERITY OF MY HEALTH OR THE DOCTOR'S STATEMENT THAT I HAD TO LEAVE IN THE MEDICAL EMERGENCY OR THAT I LIVE FAR AWAY SO HER EMAIL ACTUALLY INCLUDED ME….OR THAT **HER ACTIONS COULD PROVE LETHAL TO MY LIFE**…….SHE DID NOT CARE THAT SHE HAD NOT INCLUDED ME IN HER EMAIL FOR EARLY EMERGENCY DISMISSAL…..SHE WAS TOTALLY ANGRY; ENRAGED; RED FACED LIKE SHE HAD BEEN WHEN SHE WAS IN MY DOOR WHEN SHE TOLD ME ABOUT THE LETTER THAT I WROTE WITH INCORRECT "FONTS"……..I SAID NOTHING……I KNEW ANYTHING THAT I SAID WOULD MAKE IT ALL WORSE OR IN FACT, THAT I MAY BECOME WORSE……THE MORE SHE LIED; THE MORE UPSET I GOT BUT I KNEW TO TALK WOULD BE VERY DANGEROUS FOR ME BECAUSE I WAS PLACED IN A SITUATION AS IF SHE WAS TRYING TO PROVOKE ME TO DO SOMETHING WRONG…

76) When she was finished and I got up to leave, I tripped and fell………..IT WAS CHRISTMAS WHEN EVERYONE SHOULD HAVE BEEN CELEBRATING AND PRINCIPAL ELLEDGE WAS HARBORING RAGE AGAINST ME AT DANGEROUS LEVELS..

77) When I fell over all the stuff she had in her doorway……..I began hurting everywhere. I didn't know if the pain was my chest, my shoulder, my head or where…….I JUST KNEW I WAS SICK AND IN PAIN……I CRIED OUT AND PLEADED FOR HELP…..Principal Elledge stayed in her Office.

78) Office Personnel started saying things……One voice I could hear distinctly while the others seemed like no big deal…..as I basically begged for 911…..the distinct voice I heard was that of the Secretary as she told someone something to the effect of stop asking about what number to call and just call any number they see…..I continued to plead for 911 because the pain was unbearable. **THEY PURPOSELY DELAYED CALLING 911. No one should delay calling for HELP FOR ANY PERSON PLEADING FOR HELP…..THAT HAS TO BE ILLEGAL TO MAKE SOMEONE PLEAD FOR HELP LIKE I DID. I can never see the results would be the same had that been one of them on the floor in that kind of pain while I stood there asking irrelevant questions. I know I would be arrested for failure to render aid or some kind of criminal act;** *black lives just like every life really does matter; Principal Elledge just like Principal Skinner prove to show they do not value black lives; just those lives who look like them.*

79) 911 arrived. Initiatially, it seemed they were really going to help me. In the ambulance, I heard one tell the other……they said, "HE JUST GOT WROTE UP…….AND THAT'S WHAT'S WRONG WITH HIM"….THAT BEHAVIOR CARRIED ON TO THE E.R., They removed the oxygen mask and I just laid there in pain.

80) When my wife and my daughter got there……..they asked what is being done about his BP it's 200/115 OR SO AND THEY SAID NOTHING….. Then they asked, DID HE TAKE HIS MEDS THIS A.M., then my wife asked WHAT IS BEING DONE ABOUT HIS HEAD IT'S VERY SWOLLEN…..they said/did nothing….they said, "he didn't answer our questions"……it was all very awful.

81) NO ONE FROM THE SCHOOL CAME TO THE HOSPITAL OR CALLED. **I know they meant to kill me. No one can even treat a dog crying out in pain like that or close a dog down like Principal Elledge did to me.**

82) My daughter returned to the School after I was admitted and the Principal's Office was filled with a Party. The School was filled with a Party. There was no indication of anything they had done to me.. The Secretary is the only person who approached my daughter with compassion.

82) Principal Elledge was leading my daughter to collect my belongings until she learned who my daughter was and she suddenly had to leave but sent the Police to escort my daughter until she could collect some of my things and left.

83) I have never gotten any of my Office belongings. At some point, Principal Elledge hired a white male Teacher and celebrated calling him Coach with his Military credentials but nothing I learned of that had Certification in P.E., or working with children and especially not Title IX bussed in families.

84) During all of the time I worked the Trial Schedule trying to get back to work, I was never able to receive understanding of how I was being paid. My paychecks were $0, then $2, then $7, then other unheard of amounts or zero……and no matter how many times asked, we were never allowed explanation of how pay was calculated.

85) I was never able to receive paycheck stubs although I requested them. I just could not understand that if I worked the medical accommodation schedule, why I did not get paid for the other hours I medically could not work. Then, if I did not qualify for pay during those times, why did I get checks later for the small amounts then a regular check then zero……I never was provided with information as to how any of this was being done or what to expect so that I was able to take care of my family.

86) No matter how I asked Administrator Stanford, I was never able to receive understanding of the leave I had or how leave would be handled.

87) I was denied Worker's Compensation even though Caddo Parish School Board has a 3rd party Representative which makes them able to basically approve Worker's Comp if they choose to approve it.

88) In addition, Caddo Parish's Attorney told EEOC that I never requested help because they have help thru; Caddo's Risk Management Mr. Chitwood. UNTRUTH

89) I have sent emails to Mr. Chitwood included in Administrator Stanford's email regarding my need for Worker's Compensation (after being injured at School).

90) In her new position as CHIEF HR- Administrator Stanford still chose to go after me......instead of finding ways to approve Worker's Compensation after my being injured at School; she instead chose to seek my termination; after I told her my doctor has not released me to return to work and that I needed Worker's Compensation, the next communication I got was from the Superintendent that I was terminated for JOB ABANDONMENT. I know I never ABANDONED my job, NEVER. So, I responded knowing that that letter was an error. Still no response from the Superintendent.

91) Administrator Stanford  NOW AS CHIEF HR refused to correct Caddo's ignoring my injuries at School and all of the problems they have done to my life.

92) Administrator Stanford NOW AS CHIEF HR seemingly now working with the backing of the Superintendent,  chose to pursue me in RETALIATION AFTER THE EEOC RULING. TO TERMINATE MY EMPLOYMENT EVEN THOUGH I AM A TENURED EDUCATOR.

93) I still need medical care. I still need life saving medicines just like I needed when I returned to work wearing a life vest AND THEY CONTINUED TO PURSUE all of their DISCRIMINATORY HOSTILE THREATENING MISTREATMENT. Recently, the Hospital told me that they gave approval and then refused to pay the $100K medical bill that was due to how the injury at work made my health condition worse.

94) I still need income to support my family; yet they have denied me Worker's Comp for almost 2 years. They have destroyed my ability to get another job. They have destroyed my career.

95) I still need medical insurance and now possibly forever; due to the health challenges that I may now forever battle at the hands of the Caddo Parish School Board's discriminatory practices

96) My doctor told me, "do not keep being beat over the head with a baseball bat no matter what........." it will kill you.....just like he told them in his letter to them that their hostile treatment could be lethal to my health...:  however, they have continued.......

97) If it only took "one talk" to report to the Principal that Teacher Landry been to jail; arrested for selling drugs to the students and was found with drugs, guns and money.....and she still teaches and was appointed to SUPERVISE ME ......then it sure should not take all they have put me through for Worker's Comp to be approved so that my family is not lacking when they know I was hurt at School nor should it have taken all they put me through to accept the doctor's statement after I had been in CRITICAL CONDITION IN ICU FOR A MONTH due to their ongoing discrimination that passed from Principal Skinner to Principal Elledge.Their goal was to kill me. My family even received a message that they understood that I was dead.

98) Principal Elledge has the doctor's statement in hand that I was not to be treated hostile. She has the Doctor's statement that I had to leave on a medical emergency. She knew I was facing medical disabilities that required accommodations but she and Caddo ignored every bit of it and caused me ongoing harm.

99) Instead Principal Elledge made a way to allow her chosen ones to leave early when she knew my medical condition; she knew my distance to drive; she knew I was struggling to be able to get back to work full-time and she just beat me down every way she could just like Principal Skinner and Caddo allowed and participated in every bit of it. Caddo has the option to approve Worker's Compensation immediately but chose differently in spite of the injuries I received which are still ongoing through today. **Principal Skinner and Principal Elledge's harm to me has been ongoing and purposed to do just what it has done, <u>take my life.</u> <u>They were not satisfied with the critical state they placed me in in August, 2022. Like murderers they have been set to finish the job (with Administration's assistance and approval) from my health to my finances to my future to my insurance to my daily ability to stay alive with the medicines and medical treatment I need to stay alive after their actions have placed me in this condition. I know people get arrested for attempted murder, but they are still walking free.</u>**

100) The injuries from the 12/19/22 trip and fall are just as much a part of the EEOC discrimination as is the medical disability and the race discrimination and the gender discrimination because if Principal Elledge had chosen to HONOR THE MEDICAL ACCOMMODATIONS THAT MY PHYSICIAN HAD NOTIFIED HER OF……THEN 12/19/22 WOULD HAVE NEVER HAPPENED AND I WOULD NOT BE 2 YEARS LATER STILL GOING THROUGH THE INJURIES PRINCIPAL ELLEDGE'S DISCRIMINATORY PRACTICES CAUSED ME AND MY FAMILY NOT TO MENTION ALL WE HAVE LOST AND ALL I STILL HAVE TO GO THROUGH MEDICALLY AND FINANCIALLY WHERE THEIR DISCRIMINATORY PRACTICES HAVE PLACED US IS UNTHINKABLE.

101) The UNLAWFULNESS of their MOST RECENT COMMUNICATION THAT MY JOB IS NOW TERMINATED FOR JOB ABANDONMENT when THEIR ACTIONS HAVE COST ME AND MY FAMILY EVERYTHING AND ALMOST MY LIFE……..WHICH THE PHYSICIAN CLEARLY EXPLAINED THAT IF THEY CONTINUED IN LIKE MANNER THEY COULD PERHAPS ……..COST ME……. MY LIFE……

102) OUR bills are in the hundreds of thousands. We have lost our life insurance policies to help our family who need the support if something happens to us. My wife needs medical care that she has not been able to get. We have been forced to seek assistance in numerous ways just for our bare necessities (food, utilities, shelter, etc). Our home is facing foreclosure. We have had our utilities disconnected. We are not able to afford the medicine needed for me to keep living. We have not been able to maintain a working vehicle or purchase another vehicle because everything has to go to medicines, medical and just staying above water. Our home is in disrepair and has caused injuries to our son because of the lack of money as well as the lack of health for me to be able to do crucial repairs needed or be able to pay someone to do the work. Their discrimination has affected me and my family in awful ways.

Jernigan
Pg 13 of 14

103) Their ongoing manipulative discriminatory practices have turned me into a person filled with trauma who needs PROFESSIONAL ONGOING HELP AS THE DR DESCRIBES THE TRAUMAS THAT HAVE NOT STOPPED and has taken me from a healthy Coach to a person I don't recognize myself who just wants retribution in almost any and every way possible. I was never on ongoing medicines until Caddo destroyed my life.......perhaps FOREVER......

104) So far, in spite of the numerous forms of MEDICAL TREATMENT I AM STILL SUFFERING. I STILL REQUIRE ONGOING MEDICAL TREATMENT. I JUST HAD SURGERY AFTER THE HERNIA I HAD WAS MADE WORSE WHEN I TRIP AND FELL. THE HEADACHES I HAVE.... HAVE NOT BEEN ABLE TO BE CONTROLLED AND I MUST STILL HAVE A BRAIN MRI for what the dr calls Post Traumatic Headache. THE INJURY TO MY SHOULDER CAUSES PAIN AND IS DESCRIBED AS FROZEN SHOULDER BUT HAS TO HAVE MORE XRAYS TO DETERMINE MORE. PHYSICAL THERAPY DID NOT HELP IT YET. THE TREMBLING IN MY HANDS WILL NOT ALLOW ME TO WRITE MANY DAYS AND IT CAN NO LONGER BE IGNORED. THE INJURY TO MY KNEE STOPS ME IN MY TRACKS MANY DAYS.

105) When I spoke to Teacher's Retirement, the $1100 Disability and/or $1000 monthly retirement will NOT EVEN START TO TAKE CARE OF MY RESPONSIBILITIES. I had plans to work many more years and to increase my contribution to retirement to get to a point that my family would be able to manage once I retired. Again, it makes be extremely angry; so the tears are not because I am weak or a crier.....my tears are to keep me able to stay in my right mind and praying that this legal system will do something and fast because I DID NOTHING TO DESERVE THIS DISCRIMINATION THAT HAS DESTROYED ME AND MY FAMILY and to be able to describe it in words for others to understand what it's like for someone to throw this many rocks and hide their hands like they are doing nothing is beyond words to describe.....then when their ATTORNEY DESCRIBES ME IN THEIR LETTER TO EEOC AS IF I AM A CLOWN RUMBLING ABOUT THE FLOOR FOR ATTENTION........IT ENRAGES ME......AND FOR HIM TO STATE THAT CADDO HAS BEEN MISTREATED.......IT'S LIKE LIGHTING A FIRE THAT'S TRYING TO EXPLODE WITHOUT CONTAINMENT because my words........are not enough to fully explain what I have lived and experienced through their discrimination and what it is taking for me to maintain dignity in spite of their lies and their provoking me and their ongoing unfair treatment and the stare downs and in my face and just wrong how they treated the students and how they treated the black maintenance men like some kind of sex predators by telling them that they cannot come in the room when the white Teacher is in there and their words against them saying they said things that the men said they did not say......and the inability to clear myself......I KNOW HOW ALL OF THIS FEELS........SO, I MUST HAVE HELP RIGHT AWAY.....

If a Teacher and her husband and Professional friend and the Police person and all of these people can just get away with the wrong they are doing and still keep their jobs and still retire with dignity and still teach students bussed in in a Title IX school and then I get seriously hurt and I am just dismissed and made fun of and described like a clown........this is how they really treat people of color when they have Administrator Stanford on the side of wrongdoing and she protects all they do in every way. Administration has not tried to see the illegal practices of

Jernigan
Pg 14 of 14

these people in their employment; that's how they have continued to have a drug dealer teaching elementary students and still in Caddo's classroom being hailed as "a wealth of knowledge."

Practices like this must be stopped. All of this is ILLEGAL. Please help me and my family and these students and others affected by these practices.

Coach David Jernigan

p. s.    Since all of this, after filing EEOC & in retaliation Caddo has wrongfully & unfairly terminated me & knowing my medical condition is serious, requires life-saving medications & ongoing treatment and wrongfully & unfairly accused me of JOB ABANDONMENT knowing when I was hurt at work my health requires worker's comp which they have the authority to approve but have insistently refused to assist or approve through their 3rd party administrator but instead chose to risk my life further & take away my job even though I am a tenured Educator.

- Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 8/16/24

_____
(Signature)

_____
(Witness)

_____
(Witness)

1203-B E. Grand Ave #201
(Street Address or P.O. Box)

Marshall          TX      75670
(City)            (State)   (Zip Code)

403    -  602 - 2327
(Area Code)    (Telephone Number)

email: LJOFFICE5050 @
                  yahoo.com

3